## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| BDC-REO, INC. | § | |
| *Plaintiff*, | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 6:19-cv-226 |
| NAUTILUS INSURANCE COMPANY | § | |
| and TEXAS ALL RISK GENERAL | § | |
| AGENCY, INC., | § | |
| *Defendants*. | § | |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Plaintiff, BDC-REO, Inc. (hereinafter referred to as "Plaintiff"), and Defendants Nautilus Insurance Company and Texas All Risk General Agency, Inc. ("Defendants") hereby give notice of their Joint Stipulation of Dismissal with prejudice of all claims asserted by Plaintiff herein against Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1), and would respectfully show the Court as follows:

Plaintiff initiated this action by filing certain claims against Defendants as reflected by the pleadings on file herein. Plaintiff and Defendants stipulate the claims of Plaintiff against Defendants are hereby voluntarily dismissed with prejudice pursuant to the terms of a settlement agreement between the parties. Plaintiff no longer desires to pursue this case against Defendants and seeks to dismiss its claims against Defendants with prejudice to re-filing same. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff and Defendants desire a Stipulation of Dismissal be entered by this Court, with prejudice, with respect to all of Plaintiff's claims against Defendants, it being the intent of the parties to fully dismiss Defendants from these proceedings with each party bearing its own costs. The parties acknowledge this voluntary dismissal by stipulation is effective upon filing.

JOINT STIPULATION OF DISMISSAL                                                                                    1

WHEREFORE PREMISES CONSIDERED, Plaintiff BDC-REO, Inc. and Defendants request that a Stipulation of Dismissal with prejudice be entered for all claims of the Plaintiff against Defendants.

Respectfully submitted,

**CROWELL & KUCERA, PLLC**

*/s/Ben Crowell*
BEN CROWELL
Texas State Bar No. 24087360
BRENNAN M. KUCERA
Texas State Bar No. 24076491
2028 E. Ben White Blvd., Suite 240-2015
Austin, Texas 78741
512-870-7099 – Phone
512-388-9520 - Fax

**WALTERS, BALIDO & CRAIN, L.L.P.**

*/s/ Randall G. Walters*
RANDALL G. WALTERS
Texas State Bar No. 20819480
10440 N. Central Expressway, Suite 1500
Dallas, Texas 75231
214/347-8381 – FAX
214/347-8380 – DIRECT
214/749-4805 – MAIN
Email: randy.walters@wbclawfirm.com

**CERTIFICATE OF SERVICE**

On April 13, 2020 counsel of record by electronic service through the Court's ECF system in compliance with Federal Rule of Civil Procedure 5(b)(2)(E) and 5(b)(3).

*/s/ Randall G. Walters_____*
RANDALL G. WALTERS